## JONES, assignee, *vs.* THE MOBILE & GIRARD RAILROAD; POWELL *vs.* BOUTELL.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

The defendant in error moved to dismiss this case on the ground that there can be no writ of error to a voluntary *non-suit.*
Such appears to be the law. 7 *Ga.*, 79, 227; 9 *Ga.*, 207; 33 *Ga.*, 205; 60 *Ga.*, 117; 10 Wendell, 169; 3 Howard, Miss., 332, cited by defendant in error.

The precise language of the *non-suit* is as follows: "At this term of the court comes the said plaintiff and *takes* a *non-suit* of said cause *without prejudice and with leave to except to any errors.*" The only question is this, does the reservation alter the principle ruled in the above stated cases? We do not see how a right never possessed can be reserved, and without the production of some authority taking the case out of the general rule by reason of this reservation, the case must be dismissed on the strength of the authorities cited.

A motion was made by leave of the court to reinstate this case on the production of authority, and 5 *Ga.*, 171, and 61 *Ga.*, 460, were cited, but we do not think that those cases take this without the general rule.

Writ of error dismissed.

JACKSON, Justice.